No. 92–74. DEPARTMENT OF REVENUE OF OREGON *v.* ACF INDUSTRIES, INC., ET AL. C. A. 9th Cir. Motion of Multistate Tax Commission for leave to file a brief as *amicus curiae* granted. Motion of Multistate Tax Commission for leave to file an amended brief as *amicus curiae* granted.

No. 92–402. NICHOLS ET AL. *v.* ROMBERG ET UX. C. A. 9th Cir. Motion of respondents for leave to participate in oral argument in No. 91–990, *Farrar et al., Coadministrators of Estate of Farrar, Deceased* v. *Hobby* [certiorari granted, 502 U. S. 1090], and for expedited consideration of this petition with that case denied.

No. 92–5282. IN RE FOWLER. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–5688. IN RE KALTENBACH. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 26, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of habeas corpus.